# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **EXPRESS MOBILE, INC.,**<br><br>    Plaintiff,<br><br>vs.<br><br>**EXPEDIA, INC., AND HOMEAWAY.COM, INC.,**<br><br>    Defendant. | Civil Action No. 1:21-cv-01141-RP<br><br>JURY TRIAL |

### EXPRESS MOBILE, INC.'S NOTICE OF SUPPLEMENTAL FACTS REGARDING APPEAL OF THE MAGISTRATE'S ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING CERTAIN USPTO ACTIONS WITH RESPECT TO THE ASSERTED PATENTS

Express Mobile submits this Notice of Supplemental Facts Regarding Express Mobile's Appeal of the Magistrate's Order Granting Defendants' Motion to Stay Pending Certain USPTO Actions with Respect to the Asserted Patents which is currently pending before the Court. On May 26, 2022, the Patent Trials and Appeal Board terminated IPR Nos. IPR2022-00247, IPR2022-00248, and IPR2022-00249 prior to institution of any of the IPRs. These IPRs were filed by Booking Holdings, challenging certain claims from the '044, '287, and '755 patents, respectively. As a result of this development, only the IPRs filed by Meta against these patents are proceeding, and the parties and the Court thus now have certainty as to which of the asserted claims in this case are no longer subject to any IPR challenges. For the Court's convenience, the updated status of the asserted claims from these patents versus the claims subject to IPRs is below. To be clear, there are no additional IPRs for any of the asserted patents awaiting institution decisions.

Table of Asserted Claims (bold indicates independent claims):

| Patent | Claims not subject to IPR | Claims subject to IPR |
|---|---|---|
| '044 | 3, 13, **15**, 17, 19, 20, 21, 24, 25, 26, 27 | **1**, 5, 6, 7, 11, 12 |
| '287 | 3, 13, **15**, 17, 19, 20, 21, 24, 25, 26, 27 | **1**, 5, 6, 7, 11, 12 |
| '755 | 3, **12**, 14, 16, 17, 18, 21, 22 | **1**, 5, 6, 7 |

Dated: June 2, 2022

Respectfully submitted,

/s/ *Steven Rizzi*
Steven Rizzi (*pro hac vice*)
srizzi@mckoolsmith.com
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

Ramy Hanna (*pro hac vice*)
rhanna@mckoolsmith.com
MCKOOL SMITH, P.C.
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Telecopier (713) 485-7344

Scott W. Hejny
Texas State Bar No. 24038952
shejny@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR PLAINTIFF
EXPRESS MOBILE, INC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 2, 2022.

/s/ *Steven Rizzi*
Steven Rizzi